

TRUJILLO
RODRIGUEZ &
RICHARDS, LLC
A PENNSYLVANIA LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002
856-795-9887 Fax

Lisa J. Rodriguez
New Jersey Responsible Attorney

1717 Arch Street
Suite 3838
Philadelphia, PA 19103
215-731-9004
215-731-9044 Fax

June 6, 2008

**VIA UPS & E-FILING**
Magistrate Judge Claire C. Cecchi.
United States District Court
District of New Jersey – Newark Office
Martin Luther King, Jr.
Federal Building & Courthouse
50 Walnut Street, MLK 4D
Newark, N.J. 07102

RE: <u>**Worldwide Equipment, Inc. v. Honeywell International, Inc., et al.**</u>
Case Number: 08-cv-2303

Dear Judge Cecchi:

As requested, listed below are the names and addresses of all counsel involved in this action.

| Attorneys for Plaintiff | Attorneys for Plaintiff (cont'd.) |
|---|---|
| **TRUJILLO RODRIGUEZ & RICHARDS LLC**<br>Lisa J. Rodriguez<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002 | Richard L. Creighton, Jr.<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone: (513) 579-6513 |
| Ira Neil Richards<br>Trujillo Rodriguez & Richards, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: (215) 731-9004 | Steven A. Asher<br>Mindee J. Reuben (admitted in D.N.J.)<br>Noah Axler<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 545-7200 |

Respectfully submitted

/s Lisa J. Rodriguez

Lisa J. Rodriguez