David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: +1.973.639.1234
Facsimile: +1.973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:08-02303 (WHW) (CCC)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record

　　　　**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendants Champion Laboratories, Inc. and United Components, Inc.

2

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is a member in good standing of the bar of this Court.

                                            Respectfully submitted,

                                            LATHAM & WATKINS LLP


                                            By   s/   Kira S. Dabby
                                                 Kira S. Dabby
                                                 Attorneys for Defendants
                                                 Champion Laboratories, Inc. and United
                                                 Components, Inc.

Dated:  June 25, 2008

David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: +1.973.639.1234
Facsimile:  +1.973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc. and United Components, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Civil Action No. 2:08-02303 (WHW) (CCC)<br><br>**CERTIFICATE OF SERVICE** |

I, Kira S. Dabby, hereby certify under penalty of perjury that:

1. I am an attorney-at-law of the State of New Jersey and am associated with the law firm of Latham & Watkins LLP, counsel for Defendants Champion Laboratories, Inc. and United Components, Inc.

2. I am a member in good standing of the bar of this Court.

3. On this date, I filed a true and correct **NOTICE OF APPEARANCE** (of Kira S. Dabby) with the ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record.

4. I also certify that a copy of the aforementioned document was sent to the following via overnight mail:

Ira Neil Richards
TRUJILLO RODRIGUEZ & RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone:  (215) 731-9004
Fax:  (215) 731-9044
*Counsel for Plaintiff Worldwide Equipment, Inc.*

Richard L. Creighton, Jr.
KEATHING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone:  (513) 579-6513
Fax:  (513) 579-6457
*Counsel for Plaintiff Worldwide Equipment, Inc.*

Steven A. Asher
Mindee J. Reuben
Noah Axler
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone:  (215) 545-7200
Fax:  (215) 545-6535
*Counsel for Plaintiff Worldwide Equipment, Inc.*

Mauro M. Wolfe
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 277-6726
Fax: (917) 591-8299
*Counsel for Defendant ArvinMeritor, Inc.*

Paul J. Halasz
DAY PITNEY LLP
200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: (973) 966-8176
Fax: (973) 966-1015
*Counsel for Defendant Cummins Filtration Inc.*

Thomas R. Curtin
GRAHAM CURTIN
4 Headquarters Plaza, P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: (973) 292-1700
Fax: (973) 292-1767
*Counsel for Defendant Donaldson Company, Inc.*

William A. Cambria
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
Telephone: (973) 425-8158
Fax: (973) 425-0161
*Counsel for Defendant Mann + Hummel U.S.A., Inc.*

Andrew Frackman
O'MELVENY & MYERS, LLP
7 Times Square Tower
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
*Counsel for Defendant Honeywell International Inc.*

James G. McCarney
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6565
Fax:(212) 896-6501
*Counsel for Defendant Wix Filtration Corp., LLC*

Mark S. Lichtenstein
CROWELL & MORING LLP
153 E. 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 895-4267
Fax: (212) 223-4201
*Counsel for Defendants Purolator Filters N.A. LLC; Bosch U.S.A.*

David Zaslowsky
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Fax: (212) 310-1600
*Counsel for Defendant Baldwin Filters, Inc.*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                              s/   Kira S. Dabbby
                                                               Kira S. Dabby

Dated: June 25, 2008