David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: 973.639.1234
Facsimile:  973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,**<br><br>**Defendants.** | **Civil Action No. 2:08-02303 (WHW)(CCC)**<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF CHAMPION LABORATORIES, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately-held corporation, owns 100% of Champion Laboratories, Inc.'s stock.  UCI Acquisition Holdings, Inc., a privately-held corporation, owns 100% of United Components Inc.'s stock.  UCI Holdco, Inc., a privately-held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.

Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.

No publicly-held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

DATED: June 25, 2008

                                              s/ David J. McLean
                                              DAVID J. MCLEAN
                                              KIRA S. DABBY
                                              **LATHAM & WATKINS LLP**
                                              One Newark Center, 16th Floor
                                              Newark, New Jersey 07101-3174
                                              Telephone: 973.639.1234
                                              Facsimile: 973.639.7298
                                              *Attorneys for Defendants*
                                              *Champion Laboratories, Inc. and United*
                                              *Components, Inc.*