David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: 973.639.1234
Facsimile:  973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **WORLDWIDE EQUIPMENT, INC.**, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,**<br><br>Defendants. | Civil Action No. 2:08-02303 (WHW)(CCC)<br><br>DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF UNITED COMPONENTS, INC. |

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately-held corporation, owns 100% of United Component Inc.'s stock.  UCI Holdco, Inc., a privately-held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s

2

stock.  Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.  No publicly-held corporation owns 10% or more of United Components, Inc.'s stock.

DATED:  June 25, 2008

             s/  David J. McLean
             DAVID J. MCLEAN
             KIRA S. DABBY
             **LATHAM & WATKINS LLP**
             One Newark Center, 16th Floor
             Newark, New Jersey 07101-3174
             Telephone: 973.639.1234
             Facsimile:  973.639.7298
             *Attorneys for Defendants*
             *Champion Laboratories, Inc. and United*
             *Components, Inc.*