**Kira S. Dabby**
Direct Dial: +973.639.7194
kira.dabby@lw.com

One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Tel: +1.973.639.1234  Fax: +1.973.639.7298
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 037095-0013

## VIA ELECTRONIC FILING and
## FEDERAL EXPRESS

June 25, 2008

The Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
    for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 2B
Newark, NJ  07101

> Re:    Worldwide Equipment, Inc. v. Honeywell International, Inc., et al.,
>          Case No. 2:08-CV-2303-WHW-CCC

Dear Judge Cecchi:

This firm represents Defendants Champion Laboratories, Inc. and United Components, Inc. in the above-referenced matter.  We write to request that Your Honor enter the attached Joint Stipulation and Order (the "Joint Stipulation") extending Defendants' time to answer, move or otherwise respond to the complaint pending a determination by the Judicial Panel on Multidistrict Litigation of whether to transfer numerous related actions, including this action, to a single district for coordinated and consolidated pretrial proceedings.  The Joint Stipulation has been agreed to and executed by counsel for Plaintiff Worldwide Equipment, Inc. and all Defendants.

Thank you for your attention to this matter.

Respectfully submitted,

s/ Kira S. Dabby
Kira S. Dabby
of LATHAM & WATKINS LLP

Attachment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.,<br><br>       Defendants. | Civil Action No. 2:08-02303 (WHW) (CCC)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND ORDER REGARDING
## EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SERVICE

WHEREAS plaintiff Worldwide Equipment, Inc. ("Plaintiff") filed the complaint in this action on or about May 9, 2008 ("the Action"); and

WHEREAS the Plaintiff has requested that defendants Champion Laboratories, Inc., Purolator Filters N.A. L.L.C., Robert Bosch LLC, Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp LLC, Cummins Filtration Inc., Donaldson Company, Inc., Baldwin Filters, Inc. and United Components, Inc. (the "Defendants") waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

WHEREAS various other plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the

Action (together with the Action, the "Related Actions"); and

WHEREAS the Plaintiff in the Action and certain of the plaintiffs in the Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML"), pending under the JPML docket captioned *In re: Aftermarket Filters Antitrust Litigation,* MDL Docket No.1957, seeking an order centralizing the Related Actions in a single federal judicial district for coordinated and consolidated pretrial proceedings; and

WHEREAS Plaintiff anticipates the possibility of a Consolidated Complaint in the Related Actions after an order on the MDL Motions is issued by the JPML and the Related Actions are assigned to a transferee court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or counsel acting on their behalf, that the Defendants' time to answer, move, or otherwise plead in response to the complaint in the Action is extended until the earlier of (i) 30 days after the filing of a Consolidated Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motions; or (ii) 30 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by Judge Walls, in the event the JPML denies the MDL Motions; provided, however, that, in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond to the complaint in any other Related Action prior to the above deadlines, then that Defendant shall respond to the Complaint in this Action by that earlier date.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action.   For the

avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their rights to raise any such defenses in response to either the current complaint or any amended complaint that may be filed relating to the Action or in response to any Consolidated Complaint in the Related Actions.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Defendants each agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action only.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

IT IS SO STIPULATED.

DATED:  June 25, 2008

| | |
|---|---|
| /s/ Mindee J. Reuben<br>Mindee J. Reuben<br>Steven A. Asher<br>Noah Axler<br>**WEINSTEIN KITCHENOFF & ASHER LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone:  (215) 545-7200<br>Fax:  (215) 545-6535<br><br>*Counsel for Plaintiff Worldwide Equipment, Inc.* | /s/ David J. McLean<br>David J. McLean<br>Kira S. Dabby<br>**LATHAM & WATKINS LLP**<br>One Newark Center, 16th Floor<br>Newark, NJ 07101<br>Telephone:  (973) 639-1234<br>Fax:  (973) 639-7298<br>*Counsel for Defendants Champion Laboratories, Inc. and United Components, Inc.*<br><br>/s/ Mauro M. Wolfe<br>Mauro M. Wolfe<br>**DICKSTEIN SHAPIRO LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 277-6726<br>Fax: (917) 591-8299<br>*Counsel for Defendant ArvinMeritor, Inc.* |

/s/ Paul J. Halasz
Paul J. Halasz
**DAY PITNEY LLP**
200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: (973) 966-8176
Fax: (973) 966-1015
*Counsel for Defendant Cummins Filtration Inc.*


/s/ Thomas R. Curtin
Thomas R. Curtin
**GRAHAM CURTIN**
4 Headquarters Plaza, P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: (973) 292-1700
Fax: (973) 292-1767
*Counsel for Defendant Donaldson Company, Inc.*


/s/ William A. Cambria
William A. Cambria
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey  07962-2075
Telephone: (973) 425-8158
Fax: (973) 425-0161
*Counsel for Defendant Mann + Hummel U.S.A., Inc.*


/s/ Andrew Frackman
Andrew Frackman
**O'MELVENY & MYERS, LLP**
7 Times Square Tower
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
*Counsel for Defendant Honeywell International Inc.*

/s/ James G. McCarney
James G. McCarney
**HOWREY LLP**
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6565
Fax:(212) 896-6501
***Counsel for Defendant Wix Filtration Corp
LLC***

/s/ Mark S. Lichtenstein
Mark S. Lichtenstein
**CROWELL & MORING LLP**
153 E. 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 895-4267
Fax: (212) 223-4201
***Counsel for Defendants Purolator Filters
N.A. LLC and Robert Bosch LLC***

/s/ David Zaslowsky
David Zaslowsky
**BAKER & MCKENZIE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Fax: (212) 310-1600
***Counsel for Defendant Baldwin Filters, Inc.***

SO ORDERED THIS

_____ day of June, 2008

_____
Claire C. Cecchi, U.S.M.J.

**EXHIBIT A**

**SCHEDULE OF ACTIONS**[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 1 | S&E QUICK LUBE DISTRIBUTORS INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00475-JBA | JANET BOND ARTERTON | 2008/03/31 | HONEYWELL INT'L INC. CHAMPION LABS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. THE DONALDSON CO. BALDWIN FILTERS INC. BOSCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. THE CARLYLE GROUP **(voluntarily dismissed 4/11/2008)** | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 **LABATON SUCHAROW** BERNARD PERSKY HOLLIS SALZMAN ERIC BELFI GREGORY ASCIOLLA (212) 907-0700 |
| 2 | FLASH SALES INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00512-CFD | CHRISTOPHER F. DRONEY | 2008/04/04 | HONEYWELL INT'L INC. CHAMPION LABS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. THE DONALDSON CO. BALDWIN FILTERS INC. BOSCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. THE CARLYLE GROUP **(voluntarily dismissed 4/14/2008)** | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 **GOLDMAN SCARLATO & KARON** MARK GOLDMAN (484) 342-0700 |
| 3 | WILLIAM C. BRUENE d/b/a LONE STAR LUBE | DISTRICT OF CONNECTICUT | 3:08-CV-00522-SFU | STEFAN R. UNDERHILL | 2008/04/08 | HONEYWELL INT'L INC. CHAMPION LABS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. THE DONALDSON CO. BALDWIN FILTERS INC. BOSCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. THE CARLYLE GROUP **(voluntarily dismissed 4/14/2008)** | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 **KAPLAN FOX & KILSHEIMER** ROBERT KAPLAN LINDA NUSSBAUM (212) 687-1980 **THE COFFMAN LAW FIRM** RICHARD COFFMAN (409) 833-7700 **LABATON SUCHAROW** BERNARD PERSKY HOLLIS SALZMAN ERIC BELFI GREGORY ASCIOLLA (212) 907-0700 |

1  The plaintiffs have not effected service on all of the defendants in some of these actions.  By entering into this stipulation, defendants neither appear nor waive service requirements in any of the actions listed on this Exhibit A, or in subsequently filed actions, and defendants reserve all of their rights and defenses in these actions.

**EXHIBIT A**

**SCHEDULE OF ACTIONS[1]**

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 4 | TDS COMPANY INC. d/b/a TWI AUTO PARTS & SUPPLIES | DISTRICT OF CONNECTICUT | 3:08-CV-00528-JBA<br><br>**CONSOLIDATED UNDER 3:08-CV-004750-JBA** | JANET BOND ARTERTON | 2008/04/09 | HONEYWELL INT'L INC.<br>CHAMPION LABS INC.<br>PUROLATOR FILTERS NA LLC<br>WIX FILTRATION PRODUCTS<br>CUMMINS FILTRATION INC.<br>THE DONALDSON CO.<br>BALDWIN FILTERS INC.<br>BOSCH USA<br>MANN+HUMMEL USA INC.<br>ARVINMERITOR INC.<br>UNITED COMPONENTS INC. | **UPDIKE KELLY & SPELLACY**<br>KERRY R. CALLAHAN<br>DOUG DUBITSKY<br>(860) 548-2600<br><br>**PRETI FLAHERTY BELIVEAU & PACHIOS**<br>GREGORY HANSEL<br>PATRICK STRAWBRIDGE<br>(207) 791-3000<br><br>**LABATON SUCHAROW**<br>BERNARD PERSKY<br>HOLLIS SALZMAN<br>ERIC BELFI<br>GREGORY ASCIOLLA<br>(212) 907-0700 |
| 5 | LOVETT AUTO & TRACTOR PARTS, INC. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-02046-RWG | ROBERT W. GETTLEMAN | 2008/04/10 | CHAMPION LABORATORIES, INC<br>PUROLATOR FILTERS N.A. LLC<br>HONEYWELL INT'L., INC.<br>WIX FILTRATION CORP, LLC.<br>CUMMINS FILTRATION, INC.<br>THE DONALDSON COMPANY<br>BALDWIN FILTERS, INC.<br>BOSCH U.S.A.<br>MANN + HUMMEL USA, INC<br>ARVINMERITOR, INC. | **WELTMAN LAW FIRM**<br>STEWART WELTMAN<br>(312) 606-8755<br><br>**SUSMAN GODFREY LLP**<br>STEPHEN MORRISSEY<br>VINEET BHATIA<br><br>**MCCULLEY MCCLUER PLLC**<br>STUART MCCLUER<br> R. BRYANT MCCULLEY<br><br>**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC**<br>A. HOYT ROWELL III<br>DANIEL MYERS<br>T. CHRISTOPHER TUCK<br>JAMES WARD |
| 6 | BARJAN, LLC | DISTRICT OF CONNECTICUT | 3:08-CV-00534-JBA<br><br>**CONSOLIDATED UNDER 3:08-CV-004750-JBA** | JANET BOND ARTERTON | 2008/04/10 | CHAMPION LABORATORIES, INC<br>PUROLATOR FILTERS N.A. LLC<br>HONEYWELL INT'L., INC.<br>WIX FILTRATION CORP, LLC.<br>CUMMINS FILTRATION, INC.<br>THE DONALDSON COMPANY<br>BALDWIN FILTERS, INC.<br>BOSCH U.S.A.<br>MANN + HUMMEL USA, INC<br>ARVINMERITOR, INC.<br>UNITED COMPONENTS INC. | **UPDIKE KELLY & SPELLACY**<br>KERRY R. CALLAHAN<br>DOUG DUBITSKY<br>(860) 548-2600<br><br>**KOHN SWIFT & GRAF**<br>JOSEPH KOHN<br>WILLIAM HOESE<br>DOUGLAS ABRAHAMS<br>(215) 238-1700 |

**EXHIBIT A**

**SCHEDULE OF ACTIONS[1]**

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 7 | PACKARD AUTOMOTIVE INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00600-PCD | PETER C. DORSEY | 2008/04/21 | HONEYWELL INT'L INC. CHAMPION LABS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. THE DONALDSON CO. BALDWIN FILTERS INC. BOSCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. | **STANGER & ARNOLD, LLP** STEVEN ARNOLD PETER VAN DYKE (860) 561-0650 **ADEMI & O'REILLY, LLP** GURI ADEMI SHPETIM ADEMI DAVID SYRIOS (414) 482-8000 |
| 8 | MANASEK AUTO PARTS, INC. D/B/A/ UNDERCAR WAREHOUSE | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00305-GPM | G. PATRICK MURPHY | 2008/04/23 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION PRODUCTS CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMELL USA, INC ARVINMERITOR, INC. | **CAREY & DANIS, LLC** JAMES ROSEMERGY MICHAEL FLANNERY (314) 725-7700 **SALTZ MONGELUZZI BARRET & BENDESKY P.C.** SIMON PARIS PATRICK HOWARD (215) 496-8282 **FINE, KAPLAN AND BLACK RPC** DONALD PERELMAN ROBERTA LIEBENBERG (215) 567-6565 **BONI & ZACK LLC** MICHAEL BONI (610) 822-0201 **FREEDMAN BOYD HOLLANDER GOLDBERG & IVES PA** JOSEPH GOLDBERG (505) 824-9960 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 9 | NEPTUNE WAREHOUSE DISTRIBUTORS, INC. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-03317-RWG | ROBERT W. GETTLEMAN | 2008/04/23 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMELL USA, INC ARVINMERITOR, INC. | **FREED KANNER LONDON & MILLEN LLC** DOUGLAS MILLEN MICHAEL FREED STEVEN KANNER WILLIAM LONDON (224) 632-4500 **SAVERI & SAVERI, INC.** GUIDO SAVERI R. ALEXANDER SAVERI CADIO ZIRPOLI (415) 217-6810 **BONSIGNORE & BREWER** ROBERT BONSIGNORE ROBIN BREWER (781) 391-9400 |
| 10 | RANDALL BETHEA AND JAMES PADGETT | EASTERN DISTRICT OF TENNESSEE | 2:08-CV-00126-JRG | J. RONNIE GREER | 2008/04/25 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. JOHN DOE DEFENDANTS 1-100 | **BALL & SCOTT** GORDON BALL (865) 525-7028 **CADENHEAD LAW FIRM** CHRIS CADENHEAD (850) 837-5509 |
| 11 | PARTS PLUS GROUP, INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00637-JBA **CONSOLIDATED UNDER 3:08-CV-00475-JBA** | JANET BOND ARTERTON | 2008/04/28 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 **BARROCK RODOS & BACINE** GERALD RODOS JEFFREY GITTLEMAN LISA LAMB (215) 963-0600 **LABATON SUCHAROW** BERNARD PERSKY HOLLIS SALZMAN ERIC BELFI GREGORY ASCIOLLA (212) 907-0700 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 12 | CENTRAL WAREHOUSE CORPORATION | DISTRICT OF NEW JERSEY | 2:08-CV-02123-PGS | PETER G. SHERIDAN | 2008/04/29 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC THE CARLYLE GROUP (**voluntarily dismissed 5/16/2008**) | **SPECTOR, ROSEMAN & KODROFF, PC** EUGENE SPECTOR JOHN MACORETTA JEFFREY CORRIGAN JAY COHEN WILLIAM CALDES JONATHAN JAGHER (215) 496-0300 **MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA** JOHN MURDOCK **CONWAY LAW OFFICES** MARK CONWAY |
| 13 | WARD'S AUTO PAINTING & BODY WORKS | DISTRICT OF CONNECTICUT | 3:08-CV-00660-JBA **CONSOLIDATED UNDER 3:08-CV-00475-JBA** | JANET BOND ARTERTON | 2008/04/29 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 **CHIMICLES & TIKELLIS LLP** JOSEPH SAUDER BENJAMIN JOHNS ALISON GABE (610) 642-8500 **LABATON SUCHAROW** BERNARD PERSKY HOLLIS SALZMAN ERIC BELFI GREGORY ASCIOLLA (212) 907-0700 |
| 14 | BIG T, INC. | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00331-GPM | G. PATRICK MURPHY | 2008/05/06 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. | **FINE, KAPLAN AND BLACK RPC** DONALD PERELMAN ROBERTA LIEBENBERG (215) 567-6565 **COHEN, PLACITELLA & ROTH, P.C.** STEWART COHEN SHANNON LACK (215) 567-3500 **BERGER & MONTAGUE, P.C.** RUTHANNE GORDON (215) 875-3072 **THE MUZILLA LAW FIRM, L.L.C.** TOM MUZILLA |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 15 | ALL AMERICAN PLAZAS OF NEW JERSEY, INC. | DISTRICT OF NEW JERSEY | 2:08-CV-02302-WHW | WILLIAM H. WALLS | 2008/05/07 | HONEYWELL INT'L INC. CHAMPION LABS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. THE DONALDSON CO. BALDWIN FILTERS INC. BOSCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. THE CARLYLE GROUP (voluntarily dismissed 5/20/2008) | LITE DEPALMA GREENBERG & RIVAS LLC ALLYN LITE JOSEPH DEPALMA (973) 623-3000<br><br>POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS MICHAEL BUCHMAN J. DOUGLAS RICHARDS (212) 661-1100<br><br>DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP JONATHAN WHITCOMB (203) 358-0800<br><br>GLASSMAN EDWARDS WADE AND WYATT PC B.J. WADE (901) 527-4673 |
| 16 | JUSTUS AUSTIN III | DISTRICT OF CONNECTICUT | 3:08-cv-00711-PCD | PETER C. DORSEY | 2008/05/08 | HONEYWELL INT'L., INC. CHAMPION LABORATORIES, INC UNITED COMPONENTS INC. PUROLATOR FILTERS N.A. LLC WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. BOSCH U.S.A. THE DONALDSON COMPANY BALDWIN FILTERS, INC. MANN + HUMMEL USA, INC ARVINMERITOR, INC. THE CARLYLE GROUP (voluntarily dismissed 5/15/2008) | LOVELL STEWART HALEBIAN LLP CHRISTOPHER LOVELL CRAIG ESSENMACHER KEITH ESSENMACHER (212) 608-1900<br><br>EARLE GIOVANNEILLO (203) 777-4003 |
| 17 | WERNER AERO SERVICE | MIDDLE DISTRICT OF TENNESSEE | 3:08-CV-00474-RE | ROBERT ECHOLS | 2008/05/09 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH U.S.A. MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC | BERNSTEIN LIEBHARD & LIFSHITZ, LLP MEL LIFSHITZ RONALD ARANOFF GREGORY EGLESTON (212) 779-1414<br><br>DRESCHER & SHARP, PC KEVIN SHARP (615) 425-7111 |

**EXHIBIT A**

**SCHEDULE OF ACTIONS[1]**

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 18 | FRANCIS DOLL III, PERRY PIPER, JOHN FOSTER, BEN HAMMER, DALE BENTLEY, DAN GORDON, CHARLES GREGORY, WESLEY FRAME, JASON MATTHYS AND KAREN GORDON | DISTRICT OF CONNECTICUT | 3:08-cv-00718-WWE | WARREN W. EGINTON | 2008/05/09 | CHAMPION LABORATORIES, INC UNITED COMPONENTS, INC. PUROLATOR FILTERS N.A. LLC BOSCH LLC MANN + HUMMEL USA, INC ARVINMERITOR, INC. HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. | **HEINS MILLS & OLSON, PLC** VINCENT ESADES RENAE STEINER KATHERINE KELLY (612) 338-4605 **SHEPHERD FINKELMAN MILLER & SHAH, LLP** PATRICK KLINGMAN (860) 526-1100 **PETERS LAW FIRM** TIMOTHY PETERS (612) 746-1475 **CHRISTOPHER SANDE LLC** CHRISTIAN SANDE (612) 387-1430 |
| 19 | GEMINI OF WESTMONT, INC. D/B/A SON'S AUTO SUPPLY | DISTRICT OF CONNECTICUT | 3:08-cv-00722-JBA | JANET BOND ARTERTON | 2008/05/12 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH LLC MANN + HUMMEL USA, INC ARVINMERITOR, INC. | **BOLOGNESE & ASSOCIATES, LLC** ANTHONY BOLOGNESE JOSHUA GRABAR (215) 814-6750 **EDELSON & ASSOCIATES** MARC EDELSON (215) 230-8043 **BRENNER, SALTZMAN & WALLMAN LLP** DAVID SCHAEFER (203) 772-2600 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 20 | GASOLINE AND AUTOMOTIVE SERVICE DEALERS OF AMERICA, INC. | DISTRICT OF CONNECTICUT | 3:08-cv-00729-VLB | VANESSA L. BRYANT | 2008/05/12 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH USA MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC. | **UPDIKE KELLY & SPELLACY**<br> KERRY R. CALLAHAN<br> DOUG DUBITSKY<br> (860) 548-2600<br><br>**MILLER LAW LLC**<br> MARVIN MILLER<br> MATTHEW VAN TINE<br> (312) 332-3400<br><br>**GREENWICH LEGAL LLC**<br> BRANDON LACOFF<br> (203) 622-6001<br><br>**LABATON SUCHAROW**<br> BERNARD PERSKY<br> HOLLIS SALZMAN<br> ERIC BELFI<br> GREGORY ASCIOLLA<br> (212) 907-0700 |
| 21 | PAWNEE/S.A.E. WAREHOUSE, INC. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-02806-RWG | ROBERT W. GETTLEMAN | 2008/05/14 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH USA MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC. THE CARLYLE GROUP **(voluntarily dismissed 5/19/2008)** | **FREED KANNER LONDON & MILLEN LLC**<br> DOUGLAS MILLEN<br> MICHAEL FREED<br> STEVEN KANNER<br> WILLIAM LONDON<br> (224) 632-4500<br><br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br> W. JOSEPH BRUCKNER<br> HEIDI SILTON<br> ANNA HORNING NYGREN<br> (612) 339-6900<br><br>**MAGER & GOLDSTEIN LLP**<br> LEE ALBERT<br> (215) 640-3280<br><br>**HULETT, HARPER, STEWART, LLP**<br> DENNIS STEWART<br> (619) 338-1133 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 22 | S.A.E. WAREHOUSE, INC. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-02804-RWG | ROBERT W. GETTLEMAN | 2008/05/14 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH USA MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC. THE CARLYLE GROUP **(voluntarily dismissed 5/19/2008)** | **FREED KANNER LONDON & MILLEN LLC** DOUGLAS MILLEN MICHAEL FREED STEVEN KANNER WILLIAM LONDON (224) 632-4500 <br><br> **LOCKRIDGE GRINDAL NAUEN PLLP** W. JOSEPH BRUCKNER HEIDI SILTON ANNA HORNING NYGREN (612) 339-6900 <br><br> **MAGER & GOLDSTEIN LLP** LEE ALBERT (215) 640-3280 <br><br> **HULETT, HARPER, STEWART, LLP** DENNIS STEWART (619) 338-1133 |
| 23 | CAL'S AUTO SERVICE, INC. | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00351-MJR | MICHAEL J. REAGAN | 2008/05/14 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH USA MANN + HUMMEL USA, INC ARVINMERITOR, INC. | **CAREY & DANIS, LLC** JAMES ROSEMERGY MICHAEL FLANNERY (314) 725-7700 <br><br> **LEVIN, FISHBEIN, SEDRAN & BERMAN** HOWARD SEDRAN (215) 592-1500 <br><br> **FINE, KAPLAN AND BLACK RPC** DONALD PERELMAN ROBERTA LIEBENBERG (215) 567-6565 <br><br> **SHEPHERD FINKELMAN MILLER & SHAH, LLP** PATRICK KLINGMAN (860) 526-1100 <br><br> **COHEN, PLACITELLA & ROTH, PC** STEWART COHEN SHANNON LACK (215) 567-3500 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 24 | WWD PARTS, INC. d/b/a PARTS FOR IMPORTS | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00353-JPG | J. PHIL GILBERT | 2008/05/15 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. ROBERT BOSCH LLC MANN + HUMMEL USA, INC ARVINMERITOR, INC. | **CAREY & DANIS, LLC** <br> JAMES ROSEMERGY <br> MICHAEL FLANNERY <br> (314) 725-7700 <br><br> **EDELSON & ASSOCIATES LLC** <br> MARC EDELSON <br> (215) 230-8043 <br><br> **BERGER & MONTAGUE, P.C.** <br> RUTHANNE GORDON <br> DAVID LANGER <br> (215) 875-3072 <br><br> **SAFFREN & WEINBERG LLP** <br> MARC WEINBERG <br> (215) 576-0100 |
| 25 | HOVIS AUTO SUPPLY, INC. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-02903-RWG | ROBERT W. GETTLEMAN | 2008/05/19 | ROBERT BOSCH, LLC CHAMPION LABS INC. PUROLATOR FILTERS NA LLC MANN+HUMMEL USA INC. BALDWIN FILTERS INC. ARVINMERITOR INC. WIX FILTRATION PRODUCTS HONEYWELL INT'L INC. | **SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD** <br> STEVEN HART <br> (312) 645-7800 <br><br> **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP** <br> BRUCE SIMON <br> (415) 433-9000 |
| 26 | G.W.C. DISTRIBUTORS, INC. | DISTRICT OF CONNECTICUT | 3:08-cv-00764-CFD | CHRISTOPHER F. DRONEY | 2008/05/19 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC. BOSCH USA LLC MANN + HUMMEL USA, INC ARVINMERITOR, INC. UNITED COMPONENTS, INC. | **UPDIKE KELLY & SPELLACY** <br> KERRY R. CALLAHAN <br> DOUG DUBITSKY <br> (860) 548-2600 <br><br> **REINHARDT WENDORF & BLANCHFIELD** <br> MARK REINHARDT <br> GARRETT BLANCHFIELD <br> (651) 339-7300 <br><br> **CHESTNUT & CAMBRONNE, PC** <br> KARL CAMBRONNE <br> JEFFREY BORES <br> (612) 339-7300 <br><br> **SCOTT + SCOTT** <br> CHRISTOPHER BURKE <br> (619) 233-4565 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|-----|-----------|-------------------------|------------------|-------|------------|------------|---------------------|
| 27 | DAVID STOLL | DISTRICT OF CONNECTICUT | 3:08-cv-00770-WWE | WARREN W. EGINTON | 2008/05/19 | HONEYWELL INT'L INC. CHAMPION LABS INC. UNITED COMPONENTS INC. PUROLATOR FILTERS NA LLC WIX FILTRATION PRODUCTS CUMMINS FILTRATION INC. BOSCH USA THE DONALDSON CO. BALDWIN FILTERS INC. MANN+HUMMEL USA INC. ARVINMERITOR INC. JOHN DOES 1-100 | **EARLE GIOVANNEILLO** (203) 777-4003 <br><br>**THE MASON LAW FIRM LLP** GARY MASON DONNA SOLEN (202) 429-2294 <br><br>**LOVELL STEWART HALEBIAN LLP** CHRISTPOHER LOVELL IAN STOLL (212) 608-1900 |
| 28 | MONROE MOTOR PRODICTS CORP. | NORTHERN DISTIRCT OF ILLINOIS | 1:08-CV-02992-RWG | ROBERT W. GETTLEMAN | 2008/05/22 | CHAMPION LABORATORIES, INC UNITED COMPONENTS, INC. PUROLATOR FILTERS N.A. LLC BOSCH USA MANN + HUMMEL USA, INC ARVINMERITOR, INC. HONEYWELL INT'L., INC. WIX FILTRATION CORP, LLC. AFFINIA GROUP INC. CUMMINS FILTRATION INC. CUMMINS INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC. HASTINGS PREMIUM FILTERS CLARCOR INC. BOSCH USA LLC THE CARLYLE GROUP **(voluntarily dismissed 5/30/2008)** | **COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC** MICHAEL HAUSFELD CAROL GILDEN MEGAN JONES BESRAT GEBREWOLD MICHAEL LEHMANN ROBERT EISLER (312) 357-0370 <br><br>**ARTHUR N. BAILEY & ASSOCIATES** ARTHUR BAILEY (716) 664-2967 <br><br>**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH** ALLEN STEYER (415) 421-3400 |
| 29 | A&L SYSTEMS, INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00797-JBA | JANET BOND ARTERTON | 2008/05/23 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMEL USA, INC. ARVINMERITOR, INC. UNITED COMPONENTS, INC. | **UPDIKE KELLY & SPELLACY** KERRY R. CALLAHAN DOUG DUBITSKY (860) 548-2600 <br><br>**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO** JOSEPH TABACCO JAMES MAGID MANUEL DOMINGUEZ (415) 433-3200 <br><br>**LABATON SUCHAROW** BERNARD PERSKY HOLLIS SALZMAN ERIC BELFI GREGORY ASCIOLLA (212) 907-0700 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 30 | MURALT'S, INC. d/b/a MURALT'S TRAVEL PLAZA | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00378-JPG | J. PHIL GILBERT | 2008/05/27 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC ROBERT BOSCH LLC MANN + HUMMELL USA, INC. ARVINMERITOR, INC. | **CAREY & DANIS, LLC** JAMES ROSEMERGY MICHAEL FLANNERY (314) 725-7700 **BERGER & MONTAGUE, P.C.** RUTHANNE GORDON DAVID LANGER ERIC CRAMER (215) 875-3072 **LAW OFFICES OF DAVID BALTO** DAVID BALTO (202) 662-2781 **FARUQUI & FARUQUI** KENDALL ZYLSTRA (215) 914-2460 |
| 31 | CARLOS PONCE AND ARTHUR CORDISCO | NORTHERN DISTRICT OF CALIFORNIA | 3:08-CV-02669-JSW | JEFFREY S. WHITE | 2008/05/28 | HONEYWELL INTERNATIONAL, INC. CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMELL USA, INC. ARVINMERITOR, INC. UNITED COMPONENTS, INC. DOES 1-20 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP** MARIO ALIOTO LAUREN RUSSELL (415) 563-7200 **LAW OFFICES OF JOSEPH M. PATANE** JOSEPH PATANE (415) 563-7200 **LAW OFFICES OF SHERMAN KASSOF** SHERMAN KASSOF (510) 652-2554 |
| 32 | G&H IMPORT AUTO, INC. | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00387-JPG | J. PHIL GILBERT | 2008/05/29 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMELL USA, INC. ARVINMERITOR, INC. | **CAREY & DANIS, LLC** JAMES ROSEMERGY MICHAEL FLANNERY (314) 725-7700 **BERGER & MONTAGUE, P.C.** RUTHANNE GORDON DAVID LANGER ERIC CRAMER (215) 875-3072 **EDELSON & ASSOCIATES LLC** MARC EDELSON (215) 230-8043 |

**EXHIBIT A**

**SCHEDULE OF ACTIONS**[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 33 | MARK MOYNAHAN | NORTHERN DISTRICT OF ILLINOIS | 1:08-CV-03165-JBZ | ROBERT W. GETTLEMAN | 2008/06/02 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMELL USA, INC. ARVINMERITOR, INC. | **FREED & WEISS LLC**<br>PAUL WEISS<br>WILLIAM SWEETMAN<br>GEORGE LANG<br>(312) 220-0000<br><br>**LAW OFFICES OF BRIAN BARRY**<br>BRIAN BARRY<br>(310) 788-0831<br><br>**THE WAGNER FIRM**<br>AVI WAGNER<br>(310) 491-7949 |
| 34 | MIKE'S INC. | SOUTHERN DISTRICT OF ILLINOIS | 3:08-CV-00392-GPM | G. PATRICK MURPHY | 2008/06/02 | CHAMPION LABORATORIES, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMELL USA, INC. ARVINMERITOR, INC. | **CAREY & DANIS, LLC**<br>JAMES ROSEMERGY<br>MICHAEL FLANNERY<br>(314) 725-7700<br><br>**SALTZ MONGELUZZI BARRETT & BENDESKY, PC**<br>SIMON PARIS<br>PATRICK HOWARD<br>(215) 496-8282<br><br>**FINE, KAPLAN AND BLACK RPC**<br>DONALD PERELMAN<br>ROBERTA LIEBENBERG<br>(215) 567-6565<br><br>**BONI & ZACK LLC**<br>MICHAEL BONI<br>(610) 822-0201<br><br>**FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, PA**<br>JOSEPH GOLDBERG<br>(505) 842-9960 |

EXHIBIT A

SCHEDULE OF ACTIONS[1]

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 35 | JERRY VANDIVER, WILLIAM JAWORSKI AND LA SALSA CHILENA | DISTRICT OF CONNECTICUT | 3:08-CV-00838-VLB | VANESSA L. BRYANT | 2008/06/03 | CHAMPION LABORATORIES, INC UNITED COMPONENTS, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMEL USA, INC. ARVINMERITOR, INC. | **SHEPHERD FINKELMAN MILLER & SHAH, LLP** PATRICK KLINGMAN (860) 526-1100 **HEINS MILLS & OLSON, PLC** VINCENT ESADES RENAE STEINER KATHERINE KELLY (612) 338-4605 **PETERS LAW FIRM** TIMOTHY PETERS (612) 746-1475 **CHRISTOPHER SANDE LLC** CHRISTIAN SANDE (612) 387-1430 **THE MOGIN LAW FIRM** DANIEL MOGIN CHAD MCMANAMY (619) 687-6611 **MORRISON, FROST, OLSEN & IRVINE, LLP** RODNEY OLSEN (785) 776-9208 |
| 36 | BETTENDORF TRANSFER & EXCAVATING, INC., MARK UGLEM, TIMOTHY A. ST. CYR AND LESLIE WORKING | DISTRICT OF CONNECTICUT | 3:08-cv-00901-MRK | | 2008/06/16 | CHAMPION LABORATORIES, INC UNITED COMPONENTS, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMEL USA, INC. ARVINMERITOR, INC. | **SHEPHERD FINKELMAN MILLER & SHAH, LLP** PATRICK KLINGMAN (860) 526-1100 **ZELLE HOFFMAN VOELBEL MASON & GETTE** RICHARD HAGSTROM JAMES REECE MICHAEL JACOBS (619) 339-2020 **CENTOFANTI & PHILLIPS** ANDREW PHILLIPS (262) 241-1900 |

**EXHIBIT A**

**SCHEDULE OF ACTIONS[1]**

| No. | PLAINTIFF | JURISDICTION CASE/JUDGE | CIVIL ACTION NO. | JUDGE | DATE FILED | DEFENDANTS | PLAINTIFFS COUNSEL |
|---|---|---|---|---|---|---|---|
| 37 | AARON DUNHAM | DISTRICT OF CONNECTICUT | 3:08-cv-00912-WWE | WARREN W. EGINTON | 2008/06/17 | CHAMPION LABORATORIES, INC UNITED COMPONENTS, INC PUROLATOR FILTERS N.A. LLC HONEYWELL INTERNATIONAL, INC. WIX FILTRATION CORP., LLC CUMMINS FILTRATION, INC. THE DONALDSON COMPANY BALDWIN FILTERS, INC BOSCH USA LLC MANN + HUMMEL USA, INC. ARVINMERITOR, INC. | **UPDIKE KELLY & SPELLACY**<br>KERRY R. CALLAHAN<br>DOUG DUBITSKY<br>(860) 548-2600<br><br>**FINKELSTEIN THOMPSON LLP**<br>MILA BARTOS<br>RICHARD VOLIN<br>MICHAEL MCLELLAN<br>STAN DOERRER<br>(202) 337-8000<br><br>**LABATON SUCHAROW**<br>BERNARD PERSKY<br>HOLLIS SALZMAN<br>ERIC BELFI<br>GREGORY ASCIOLLA<br>(212) 907-0700 |
| 38 | AUTO PRO LLC d/b/a B&B JOBBER SERVICES, INC. | DISTRICT OF CONNECTICUT | 3:08-CV-00911-AWT | | 2008/06/17 | CHAMPION LABORATORIES, INC. PUROLATOR FILTERS NA LLC HONEYWELL INTERNATIONAL, INC CUMMINS INC. WIX FILTRATION PRDUCTS CUMMINS FILTRATION INC. DONALDSON COMPANY BALDWIN FILTERS, INC BOASCH USA MANN+HUMMEL USA INC. ARVINMERITOR INC. UNITED COMPONENTS INC. | **UPDIKE KELLY & SPELLACY**<br>KERRY R. CALLAHAN<br>DOUG DUBITSKY<br>(860) 548-2600<br><br>**GUSTAFSON GLUEK**<br>DANIEL GUSTAFSON<br>JASON KILENE<br>MICHELLE PETERSON<br>(612) 333-8844<br><br>**LABATON SUCHAROW**<br>BERNARD PERSKY<br>HOLLIS SALZMAN<br>ERIC BELFI<br>GREGORY ASCIOLLA<br>(212) 907-0700 |