DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
**Attorneys For** Cummins Filtration Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION INC.; DONALDSON COMPANY, INC.; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC.; ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | HON. WILLIAM H. WALLS, U.S.D.J.<br>Civil Action No. 08-2303 (WHW) (CCC)<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**(Document Electronically Filed)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins Filtration Inc. hereby states that Cummins Inc. is its parent corporation and owns more than 10% of its stock.

                    DAY PITNEY LLP
                    Attorneys for Defendant
                    Cummins Filtration Inc.

By:   /s/ Paul J. Halasz
       PAUL J. HALASZ
       Day Pitney LLP
       P.O. Box 1945
       Morristown, New Jersey 07962
       (973) 966-6300
       (973) 966-1015 (fax)
       phalasz@daypitney.com

DATED: June 27, 2008

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that on this date, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By:   /s/ Paul J. Halasz