IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.,<br><br>Defendants. | Civil Action No. 08-2303 (WHW) (CCC) |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT HONEYWELL INTERNATIONAL INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), a defendant, Honeywell International Inc. ("Honeywell"), submits the following corporate disclosure statement:

(1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation.

- 2 -

Dated: July 2, 2008                                    Respectfully submitted,

/s/ Andrew Frackman
Andrew Frackman
**O'MELVENY & MYERS, LLP**
7 Times Square Tower
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
*Counsel for Defendant Honeywell International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of July 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew Frackman
Andrew Frackman
**O'MELVENY & MYERS, LLP**
7 Times Square Tower
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
*Counsel for Defendant Honeywell International Inc.*