**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*Chambers of*
**Claire C. Cecchi**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102
(973) 645-6664

July 7, 2008

**RECUSAL LETTER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

All counsel of record on the docket sheet

    **Re: Worldwide Equipment, Inc. v. Honeywell International, Inc., et al**
       **Civil Action No. 08-2303 (WHW)**

Dear Counsel:

    Please be advised that I am recusing myself from this case. Magistrate Judge Esther Salas will assume all Magistrate responsibilities for this case.

    **SO ORDERED.**

                                              s/   Claire C. Cecchi
                                              **Hon. Claire C. Cecchi**
                                              **United States Magistrate Judge**

CCC/nc
Orig.: Clerk of the Court
cc:    Hon. William H. Walls, U.S.D.J.
       Hon. Esther Salas, U.S.M.J.
       Parties
       File