Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated,  :  :  Plaintiff,  : v.  :  HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.,  :  Defendants. | Civil Action No. 08-2303 (WHW) (ES)  Hon. William H.. Walls, U.S.D.J. Hon. Esther Salas, U.S.M.J.  **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Thomas R. Curtin, Esq., of the law firm of Graham Curtin, A Professional Association, hereby enters his appearance as counsel on behalf of defendant Donaldson Company, Inc.

611027_1

                                                    _s/ Thomas R. Curtin_
                                                    Thomas R. Curtin
                                                    GRAHAM CURTIN
                                                    A Professional Association
                                                    4 Headquarters Plaza
                                                    P.O. Box 1991
                                                    Morristown, New Jersey 07962-1991
                                                    (973) 292-1700

                                                    Attorneys for Defendant
                                                    Donaldson Company, Inc.

Dated:  July 14, 2008

611027_1