Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC., on behalf of itself and all others similarly situated, | Civil Action No. 08-2303 (WHW) (ES) |
| Plaintiff, | Hon. William H.. Walls, U.S.D.J. |
| v. | Hon. Esther Salas, U.S.M.J. |
| HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, BALDWIN FILTERS, INC., ROBERT BOSCH LLC, MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that George C. Jones, Esq., of the law firm of Graham Curtin, A Professional Association, hereby enters his appearance as counsel on behalf of defendant Donaldson Company, Inc.

611001_1

                                      *s/ George C. Jones*
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

Dated: July 14, 2008

-2-

611001_1