**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

July 14, 2008

**LETTER ORDER**

    Re:    Worldwide Equipment, Inc. v. Honeywell International Inc., et al.
             Civil Action No. 08-2303 (WHW)

Dear Counsel:

    The June 26, 2008 Scheduling Order (Docket Entry No. 11), issued by Judge Cecchi, is hereby rescinded. The undersigned will schedule a Rule 16 Conference once all Defendants have answered, in accordance with the July 11, 2008 Stipulation and Order.

**SO ORDERED.**

                                                  *s/Esther Salas*
                                                  **Esther Salas**
                                                  **UNITED STATES MAGISTRATE JUDGE**