Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER LLC
1845 WALNUT STREET, SUITE 1100
PHILADELPHIA, PA  19103
PHONE: ( 215) 545-7200
FAX: (215) 545-6535
REUBEN@WKA-LAW.COM

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Worldwide Equipment, Inc., on behalf of itself individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>  v.<br><br>HONEYWELL INTERNATIONAL INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; DONALDSON COMPANY, INC.; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC.; ARVINMERITOR, INC., and United Components, Inc.<br>     Defendants. | CIVIL ACTION No. 08-2303<br><br><br><br><br>**CLASS ACTION COMPLAINT**<br><br><br><br>JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE AS COUNSEL OF RECORD**

TO THE CLERK:

  KINDLY ENTER MY APPEARANCE as an attorney for the Plaintiff,

Worldwide Equipment, Inc.

| | |
|---|---|
| Dated: August 6, 2008 | /s/ Mindee J. Reuben |
| | MINDEE J. REUBEN (MJR1554) |
| | WEINSTEIN KITCHENOFF & ASHER LLC |
| | 1845 WALNUT STREET, SUITE 1100 |
| | PHILADELPHIA, PA  19103 |
| | 215-545-7200; FAX: 215-545-6535 |
| | |
| | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Entry of Appearance as Counsel of Record was made available via this Court's ECF system to all counsel of record who are registered users as well as by First Class Mail to all counsel of record not registered by ECF service.

| | |
|---|---|
| Dated: August 6, 2008 | /s/ Mindee J. Reuben |
| | MINDEE J. REUBEN |