**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002

**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WORLDWIDE EQUIPMENT, INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> V. <br><br> HONEYWELL INTERNATIONAL INC.; CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; DONALDSON COMPANY, INC.; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC.; ARVINMERITOR, INC., AND UNITED COMPONENTS, INC. <br><br> Defendants. | CASE NO.  08-2303 |

### AFFIDAVIT ATTESTING
### COMPLIANCE WITH RULE 1:28-2(a)

I, Lisa J. Rodriguez, attest that Attorney Richard L. Creighton, Jr. has complied with the

obligations of an attorney admitted to practice in this Court in accordance with the New Jersey

Court Rule 1:28-2(a), including making a payment to the New Jersey Lawyers' Fund for Client

Protection.

I hereby certify that the following statement made by me is true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

_____/s Lisa J. Rodriguez_____
Lisa J. Rodriguez

Subscribed and sworn to
Before me this 19
day of August 2008

Notary Public
    ANDREA D. BROWN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 11/15/2009