# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08–cv–02303–WHW–ES

| | |
|---|---|
| WORLDWIDE EQUIPMENT, INC. v. HONEYWELL INTERNATIONAL INC. et al | Date Filed: 05/09/2008 |
| | Date Terminated: 08/25/2008 |
| Assigned to: Judge William H. Walls | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Esther Salas | Nature of Suit: 410 Anti–Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**WORLDWIDE EQUIPMENT, INC.**　　　　represented by　**LISA J. RODRIGUEZ**
*on behalf of itself and all others similarly situated*

TRUJILLO, RODRIGUEZ &RICHARDS, LLP
258 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033
(856) 795–9002
Email: lisa@trrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MINDEE J. REUBEN**
WEINSTEIN, KITCHENOFF &ASHER, LLC
1845 WALNUT STREET
SUITE 1100
PHILADELPHIA, PA 19103
(215) 545–7200
Email: reuben@wka–law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HONEYWELL INTERNATIONAL INC.**　　　represented by　**ANDREW J. FRACKMAN**
O'MELVENY &MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 326–2000
Email: afrackman@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHAMPION LABORATORIES, INC.**　　　represented by　**DAVID J. MCLEAN**
LATHAM &WATKINS, LLP
ONE NEWARK CENTER
16TH FLOOR
NEWARK, NJ 07101
(973) 639–1234
Email: david.mclean@lw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRA SAMUELLE DABBY**
LATHAM &WATKINS, LLP
1 NEWARK CENTER
16TH FLOOR
NEWARK, NJ 07101−3174
(973) 639−1234
Email: kira.dabby@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PUROLATOR FILTERS N.A. L.L.C.**

**Defendant**

**WIX FILTRATION CORP. LLC**

**Defendant**

**CUMMINS FILTRATION, INC.**          represented by   **PAUL J. HALASZ**
DAY PITNEY, LLP
PO BOX 1945
MORRISTOWN, NJ 07962−1945
(973) 966−6300
Email: phalasz@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON J. STAHL**
DAY PITNEY LLP
PO BOX 1945
MORRISTOWN, NJ 07962
(973) 966−8128
Email: astahl@daypitney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DONALDSON COMPANY, INC.**          represented by   **THOMAS R. CURTIN**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962−1991
(973) 292−1700
Fax: (973) 292−1767
Email: tcurtin@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE C. JONES**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA

PO BOX 1991
MORRISTOWN, NJ 07962
(973) 292–1700
Fax: (973) 292–1767
Email: gjones@GrahamCurtin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BALDWIN FILTERS, INC.**

**Defendant**

**ROBERT BOSCH LLC**

**Defendant**

**MANN + HUMMELL U.S.A., INC.**

**Defendant**

**ARVINMERITOR, INC.**

**Defendant**

**UNITED COMPONENTS, INC.**       represented by   **DAVID J. MCLEAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRA SAMUELLE DABBY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2008 | Ï 1 | COMPLAINT against ROBERT BOSCH LLC, MANN + HUMMELL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC. ( Filing fee $ 350 receipt number 1990051.) Jury Demand, filed by WORLDWIDE EQUIPMENT, INC.. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(ld, ) (Entered: 05/16/2008) |
| 05/20/2008 | Ï 2 | Summons Issued as to ROBERT BOSCH LLC, MANN + HUMMELL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION CORP. LLC, CUMMINS FILTRATION, INC., DONALDSON COMPANY, INC., BALDWIN FILTERS, INC.. Days Due – 20. (SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 05/20/2008) |
| 06/04/2008 | Ï 3 | MOTION for Leave to Appear Pro Hac Vice *for Attorney Richard L. Creighton, Jr.* by WORLDWIDE EQUIPMENT, INC.. (Attachments: # 1 Statement As To |

| | | |
|---|---|---|
| | | Why No Brief Is Necessary, # 2 Certification of Lisa J. Rodriguez, # 3 Certification of Richard L. Creighton, Jr. Esquire in Support of the Motion for Pro Hac Vice Admission, # 4 Text of Proposed Order, # 5 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 06/04/2008) |
| 06/04/2008 | Ï | Remark – Chambers will notify counsel if oral argument is necessary re 3 Motion to Appear Pro Hac Vice (dc, ) (Entered: 06/05/2008) |
| 06/06/2008 | Ï 4 | Letter from Plaintiff's Counsel Providing The Names of All Counsel Involved in This Case. (RODRIGUEZ, LISA) (Entered: 06/06/2008) |
| 06/25/2008 | Ï 5 | NOTICE of Appearance by DAVID J. MCLEAN on behalf of UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC. (Attachments: # 1 Certificate of Service)(MCLEAN, DAVID) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 6 | NOTICE of Appearance by KIRA SAMUELLE DABBY on behalf of UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC. (Attachments: # 1 Certificate of Service)(DABBY, KIRA) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 7 | Corporate Disclosure Statement by CHAMPION LABORATORIES, INC. identifying United Components, Inc. as Corporate Parent.. (MCLEAN, DAVID) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 8 | Corporate Disclosure Statement by UNITED COMPONENTS, INC. identifying UCI Acquisition Holdings, Inc. as Corporate Parent.. (MCLEAN, DAVID) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 9 | CERTIFICATE OF SERVICE by UNITED COMPONENTS, INC. re 8 Corporate Disclosure Statement, 7 Corporate Disclosure Statement (DABBY, KIRA) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 10 | Letter from Kira S. Dabby re: JOINT STIPULATION AND (PROPOSED) ORDER REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(DABBY, KIRA) (Entered: 06/25/2008) |
| 06/26/2008 | Ï 11 | LETTER ORDER setting an In Person Initial Scheduling Conference for 10/27/2008 04:00 PM before Magistrate Judge Claire C. Cecchi. JOINT DISCOVERY PLAN MUST BE SUBMITTED PRIOR TO THE CONFERENCE. Signed by Magistrate Judge Claire C. Cecchi on 6/26/08. (nc, ) (Entered: 06/26/2008) |
| 06/27/2008 | Ï 12 | NOTICE of Appearance by PAUL J. HALASZ on behalf of CUMMINS FILTRATION, INC. (HALASZ, PAUL) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 13 | Corporate Disclosure Statement by CUMMINS FILTRATION, INC. identifying Cummins Inc. as Corporate Parent.. (HALASZ, PAUL) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 14 | NOTICE of Appearance by AARON J. STAHL on behalf of CUMMINS FILTRATION, INC. (STAHL, AARON) (Entered: 06/27/2008) |
| 07/02/2008 | Ï 15 | NOTICE of Appearance by ANDREW J. FRACKMAN on behalf of HONEYWELL INTERNATIONAL INC. (FRACKMAN, ANDREW) (Entered: 07/02/2008) |
| 07/02/2008 | Ï 16 | Corporate Disclosure Statement by HONEYWELL INTERNATIONAL INC.. (FRACKMAN, ANDREW) (Entered: 07/02/2008) |

| | | |
|---|---|---|
| 07/08/2008 | Ï 17 | ORDER OF RECUSAL. Judge Magistrate Judge Claire C. Cecchi recused. Case reassigned to Judge Magistrate Judge Esther Salas for all further proceedings. Signed by Magistrate Judge Claire C. Cecchi on 7/7/2008. (mn, ) (Entered: 07/08/2008) |
| 07/11/2008 | Ï 18 | STIPULATION AND ORDER that the defts each agree, etc. to waive service of process of the summons and complaint in the Action only, etc. Signed by Magistrate Judge Esther Salas on 7/9/08. (jd, ) (Entered: 07/11/2008) |
| 07/14/2008 | Ï 19 | NOTICE of Appearance by THOMAS R. CURTIN on behalf of DONALDSON COMPANY, INC. (CURTIN, THOMAS) (Entered: 07/14/2008) |
| 07/14/2008 | Ï 20 | NOTICE of Appearance by GEORGE C. JONES on behalf of DONALDSON COMPANY, INC. (JONES, GEORGE) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 21 | LETTER ORDER rescinding the 6/26/08 Scheduling Order (Docket Entry No. 11), etc., Signed by Magistrate Judge Esther Salas on 7/14/08. (dc, ) (Entered: 07/15/2008) |
| 08/06/2008 | Ï 22 | NOTICE of Appearance by MINDEE J. REUBEN on behalf of WORLDWIDE EQUIPMENT, INC. (REUBEN, MINDEE) (Entered: 08/06/2008) |
| 08/15/2008 | Ï 23 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Esther Salas on 1/15/08. (dc, ) (Entered: 08/15/2008) |
| 08/19/2008 | Ï 24 | AFFIDAVIT of Lisa J. Rodriguez Attesting Compliance with Rule 1:28−2(a) for Attorney Richard L. Creighton, Jr. by WORLDWIDE EQUIPMENT, INC.. (RODRIGUEZ, LISA) (Entered: 08/19/2008) |
| 08/20/2008 | Ï | Pro Hac Vice fee: $ 150, receipt number 353264 for Richard L. Creighton. (dc, ) (Entered: 08/20/2008) |
| 08/21/2008 | Ï 25 | Notice of Request by Pro Hac Vice Richard Creighton to receive Notices of Electronic Filings. (RODRIGUEZ, LISA) (Entered: 08/21/2008) |
| 08/25/2008 | Ï 26 | Certified copy of MDL Order transferring case to the United States District Court for the Northern District of Illinois. Signed by Judge No Judge Assigned on 8/25/08. (Attachments: # 1 Cover Letter)(dc, ) (Entered: 08/26/2008) |